IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LORI A. NIXON | § | CASE NO. 6:21-cv-00736-ADA-JCM |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MARLIN I.S.D. | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendant pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and file this Stipulation of Dismissal with Prejudice of the above-styled and referenced action, and all asserted claims and causes of action that were or could have been brought therein. This Stipulation of Dismissal is signed by counsel for all parties who have appeared in this action. Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action that were or could have been brought in this case against Defendant Marlin Independent School District, and all current and former employees, agents, and representatives of the Marlin Independent School District, including but not limited to its Trustees, Board members, officers, representatives, agents, attorneys, insurers, contractors and employees, all in both their official and individual capacities, based on the factual allegations made in this case.

Plaintiff further stipulates to the dismissal of any cause of action that could have been based in whole or in part on any transactions, dealings or agreements between or among Plaintiff, Defendant Marlin Independent School District, and all current and former officers, representatives,

agents, attorneys, insurers, contractors, Trustees, Board members and employees of the Marlin Independent School District, all in both their official and individual capacities, which have occurred at any time up to the signing of this Stipulation of Dismissal with Prejudice.

Plaintiff stipulates to the dismissal with prejudice of all causes of action that were raised or could have been raised in this case based on the events which have occurred at any time up to the signing of this Stipulation of Dismissal with Prejudice.

The parties will bear their own costs and attorneys' fees.

Respectfully submitted,

/s/*Nicholas A. O'Kelly*
Nicholas A. O'Kelly
Texas Bar No. 15241235

Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, TX 75204-2471
Office:        (214) 969-9099
Facsimile:  (214) 953-0133
Email:        nao@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF


/s/*Bridget Robinson*
BRIDGET ROBINSON
Texas Bar No. 17086800

WALSH GALLEGOS TREVIÑO
   KYLE & ROBINSON P.C.
P. O. Box 2156
Austin, Texas  78768
Office:        (512) 454-6864
Facsimile:  (512) 467-9318
Email:        brobinson@wabsa.com

ATTORNEYS FOR DEFENDANT
MARLIN INDEPENDENT SCHOOL DISTRICT

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bridget Robinson
Walsh Gallegos Treviño,
  Kyle & Robinson, P.C.
P. O. Box 2156
Austin, Texas  78768

                                              /s/*Nicholas A. O'Kelly*
                                              Nicholas A. O'Kelly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LORI A. NIXON | § | CASE NO. 6:21-cv-00736-ADA-JCM |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MARLIN I.S.D. | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Be it remembered that on this date came to be considered the parties' Stipulation of Dismissal with Prejudice. After consideration of the stipulation, the Court GRANTS the stipulation and dismisses this case with prejudice to Plaintiff's ability to re-file this case or any part thereof against Defendant Marlin Independent School District.

This dismissal is with prejudice to all claims and causes of action that were or could have been brought in this case and is with prejudice to re-filing against the Marlin Independent School District, and all current, future and former Trustees, Board members, officers, employees, agents, attorneys, insurers, contractors, and representatives of the Marlin Independent School District, all in both their official and individual capacities, based on the factual allegations made in this case or for any other matter which has occurred at any time up to the signing of this Order of Dismissal with Prejudice.

The parties will bear their own costs and attorneys' fees.

Signed on this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE